JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 12-10937 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Joseph Gold Detmer II, aka Joseph Detmer, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Joseph Gold Detmer II, aka Joseph Detmer, in the principal amount of $3,442.64 plus interest accrued to December 19, 2012, in the sum of $6,202.12; with interest accruing thereafter at the daily rate of $0.76 until entry of judgment, administration costs in the amount of $9.97, for a total amount of **$9,654.73**.

DATED: May 13, 2013             By:  Terry Nafisi
                                     Clerk of the Court

                                     /s/ B. Pacillas
                                     Deputy Clerk
                                     United States District Court